UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HURTADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK,<br><br>　　　　　Defendant. | Case No. 24-cv-01693-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS WITH PREJUDICE**<br><br>Re: Dkt. No. 6 |

　　　　The Court has reviewed Magistrate Judge Cisneros' Report and Recommendation to dismiss Plaintiff's complaint without leave to amend. Dkt. No. 6. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Clerk is directed to enter judgment against Plaintiff and in favor of Defendant and to close the file.

　　　　**IT IS SO ORDERED.**

Dated: May 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge